**Order entered January 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01439-CR

### GUILLERMO DE JES BERRIOS-HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F14-76828-Y

## ORDER

The Court **REINSTATES** the appeal.

The reporter's record was due <u>March 12, 2016</u>. On April 22, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. When no findings were filed, we again ordered, on December 6, 2016, the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the January 18, 2017 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by Ron Goranson; (3) the court reporter was Vearneas Faggett who states that the court's trial docket, her personal medical challenges, and her father's health issues have contributed to the <u>ten-month delay</u> in getting the reporter's record filed in this case; and (4) the trial court recommended an

extension of thirty days. We **ORDER** court reporter Vearneas Faggett to file the reporter's record in this appeal no later than February 17, 2017.

We note that this appeal cannot proceed until the complete reporter's record is filed. The Court <u>will not</u> allow for any further extensions on the reporter's record in this case. If Vearneas Faggett does not file the reporter's record by February 17, 2017, the Court will order she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizzell, Presiding Judge, Criminal District Court No. 7; to Vearneas Faggett, official court reporter of Criminal District Court No. 7; and to all counsel.


/s/    ADA BROWN
       JUSTICE